UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| INTERBANK FUNDING CORP., *et al.,* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 02-41590 (BRL) |
| | ) | (Jointly Administered) |
| | ) | |
| IBF FUND LIQUIDATING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | Adv. Pro. No. 07-01482 (BRL) |
| | ) | |
| CHADMOORE WIRELESS GROUP, INC., CHADMOORE SHAREHOLDER LIQUIDATING TRUST, ROBERT MOORE, | ) | |
| | ) | |
| Defendants. | ) | |
| ROBERT MOORE, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| KAYE SCHOLER LLP, ARTHUR J. STEINBERG, TODD SANDERS, SUNSET HOLDINGS INTERNATIONAL, LTD., DEVENSHIRE MANAGEMENT CORPORATION, SH PARTNERSHIP INVESTMENTS, L.P., THE ST. IVES QUALIFIED PERSONAL RESIDENCE TRUST, and VOKEY LLC, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**NOTICE OF APPEAL**

Robert Moore, the Defendant appeals under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York from all aspects of the Final Judgment (Doc. Num.: 188) of the United States Bankruptcy Court for the Southern District of New York entered in this adversary proceeding on the Ninth day of October, 2007. The names

of all parties to the adversary proceeding and the names, addresses and telephone numbers of the respective attorneys are as follows:

| Party | Counsel |
|---|---|
| Defendant / Appellant, <br> Robert Moore | Bainton McCarthy LLC <br> 26 Broadway, Suite 2400 <br> New York, New York 10004 <br> Tele: (212) 480-3500 <br> Attn:  J. Joseph Bainton, Esq. |
| Defendant, <br> Stephen Radusch | Kravet & Vogel, LLP <br> 1040 Avenue of the Americas, Suite 1101 <br> New York, New York 10018-3703 <br> Tele: (212) 997-7634 <br> Attn:  Joseph A. Vogel, Esq. |
| Defendants, <br> Chadmoore Wireless Group, Inc., and <br> Chadmoore Shareholder Liquidating Trust | Holland & Hart LLP <br> 555 17th Street, Suite 3200 <br> Denver, Colorado 80202 <br> Tele: (303) 295-8099 <br> Attn:  Gregory E. Goldberg, Esq. <br><br> Fox Rothschild LLP <br> 100 Park Avenue, Suite 1500 <br> New York, NY 10017 <br> Tele: (212) 878-7901 <br> Attn:  Yann Geron, Esq. <br>          Fred Stevens, Esq. |
| Plaintiff, <br> IBF Fund Liquidating, LLC | Kaye Scholer LLP <br> 425 Park Avenue <br> New York, NY 10022 <br> Tele: (212) 836-8000 <br> Attn:  Arthur Steinberg, Esq. <br>          Aaron Rubinstein, Esq. <br>          Heath D. Rosenblat, Esq. <br>          D. Tyler Nurnberg, Esq. |

| Additional Interested Parties |
|---|
| Securities and Exchange Commission <br> 3 World Financial Center, Room 4300 <br> New York, NY 10281 <br> Attn:  Andrew Calamari, Esq. <br>          Neal Jacobson, Esq. |

Office of the U.S. Trustee  
33 Whitehall Street, 21st Floor  
New York, NY 10004  
Attn:  Greg M. Zipes, Esq.

Law Offices of Salvador Rodriguez  
2700 Post Oak Blvd.  
Suite 1050  
Houston, TX 77056  
Attn:  Salvador Rodriguez, Esq.

Law Offices of Thomas M. Mullaney  
708 Third Avenue  
New York, NY 10017  
Attn:  Thomas J. Mullaney, Esq.

Schulte Roth & Zabel LLP  
919 Third Avenue  
New York, NY 10022  
Attn:  Jeffrey S. Sabin, Esq.

MICHELMAN & ROBINSON, LLP  
15760 Ventura Blvd., Suite 500  
Encino, CA 91436  
Attn:  Sanford Michelman, Esq.  
         Mona Z. Hanna, Esq.

Todd Sanders  
10990 Wilshire Boulevard  
Suite 1220  
Los Angeles California 90024

Dated:  October 15, 2007

Respectfully submitted,

_____  
    J. Joseph Bainton  
*Attorneys for Defendant-Appellant*  
Bainton McCarthy LLC  
26 Broadway, Suite 2400  
New York, New York 10004-1840  
Tel:  (212) 480-3500  
Fax:  (212) 480-9557