UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: )<br>)<br>INTERBANK FUNDING CORP., *et al.,* )<br>)<br>    Debtors. )<br>)<br>_____ )<br>)<br>IBF FUND LIQUIDATING LLC, )<br>)<br>    Plaintiff, )<br>)<br> -against- )<br>)<br>CHADMOORE WIRELESS GROUP, INC., )<br>CHADMOORE SHAREHOLDER )<br>LIQUIDATING TRUST, ROBERT MOORE, )<br>)<br>    Defendants. )<br>_____ )<br>ROBERT MOORE, )<br>)<br>    Third-Party Plaintiff, )<br>)<br> -against- )<br>)<br>KAYE SCHOLER LLP, ARTHUR J. )<br>STEINBERG, TODD SANDERS, SUNSET )<br>HOLDINGS INTERNATIONAL, LTD., )<br>DEVENSHIRE MANAGEMENT )<br>CORPORATION, SH PARTNERSHIP )<br>INVESTMENTS, L.P., THE ST. IVES )<br>QUALIFIED PERSONAL RESIDENCE TRUST, )<br>and VOKEY LLC, )<br>)<br>    Third-Party Defendants. )<br>_____ ) | Chapter 11<br><br>Case No. 02-41590 (BRL)<br>(Jointly Administered)<br><br><br><br><br><br><br><br>Adv. Pro. No. 07-01482 (BRL) |

**DESIGNATION OF ITEMS FOR RECORD ON APPEAL AND
STATEMENT OF ISSUES ON APPEAL BY APPELLANT ROBERT MOORE**

    Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Defendant-Appellant Robert Moore ("Moore"), by and through his undersigned attorneys, hereby designate the items to be included in the record and set forth the statement of issues on its appeal to the United States District Court for the Southern District of New York, which final judgment was set forth by the United States

Bankruptcy Court for the Southern District of New York collectively in the following documents: (1) the Judgment entered October 9, 2007 (Document Number: 185); (2) the Final Judgment entered October 9, 2007 (Document Number: 188); and (3) the Judgment entered October 18, 2007 (Document Number: 191). Separate Notices of Appeal were filed for each of the three aforementioned judgments. The first two Notices of Appeal were filed on October 16, 2007, and the third was filed on October 22, 2007. In the interest of economy, this Designation of Items and Statement of Issues pertains to all three Appeals.

### I. DESIGNATION OF THE ITEMS TO BE INCLUDED IN THE RECORD OF APPEAL

| DOC. NO. | DATE | DESCRIPTION |
|---|---|---|
| 1 | 02/14/2007 | Complaint |
| 2 | 02/14/2007 | IBF Motion for Preliminary Injunction(with Proposed Order and Notice) |
| 9 | 03/01/2007 | Motion of Radusch to Dismiss Adversary Proceeding for Lack of Jurisdiction(and Proposed Order) |
| 10 | 03/01/2007 | Motion of Radusch to Dismiss Adversary Proceeding for Improper Venue(and Proposed Order) |
| 11 | 03/01/2007 | Motion of Radusch to Dismiss Adversary Proceeding for Plaintiff's Failure to Properly Plead(and Proposed Order) |
| 12 | 03/01/2007 | Motion to Dismiss Adversary Proceeding |
| 13 | 03/01/2007 | Stephen Radusch's Objection to Motion and Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction(and Proposed Order) |
| 14 | 03/01/2007 | Moore's Objection to IBF'S Motion for Preliminary Injunction |
| 23 | 03/16/2007 | Memorandum of Law in Support of Defendant Robert Moore's Motion to Dismiss the Complaint(with Proposed Order and Notice) |
| 24 | 03/19/2007 | Request for Judicial Notice |
| 26 | 03/19/2007 | Amended Notice of Motion to Dismiss the Complaint |
| 39 | 04/16/2007 | IBF Memorandum of Law Opposing Radusch's Motion to Dismiss |
| 40 | 04/16/2007 | IBF Memorandum of Law Opposing Moore's Motion to Dismiss |
| 41 | 04/16/2007 | IBF Memorandum of Law Responding to Objections for Preliminary Injunction |
| 43 | 04/19/2007 | Affidavit |
| 45 | 04/20/2007 | Reply Memo of Law in Support of Robert Moore Motion |

|    |            | to Dismiss |
|----|------------|------------|
| 48 | 04/26/2007 | Preliminary Injunction Order |
| 51 | 05/07/2007 | Answer of Stephen Radusch with Cross Claim |
| 53 | 05/08/2007 | Notice of Compliance with Preliminary Injunction by Radusch |
| 54 | 05/08/2007 | Defendant Robert Moore's Answer and Jury Demand |
| 55 | 05/08/2007 | Accounting of Robert Moore |
| 56 | 05/08/2007 | Notice Pursuant to Preliminary Injunction Order |
| 57 | 05/14/2007 | Motion for Sanctions |
| 58 | 05/14/2007 | Order to Show Cause |
| 61 | 05/11/2007 | Transcript |
| 62 | 05/16/2007 | So Ordered Stipulation |
| 63 | 05/17/2007 | Third Party Complaint |
| 64 | 05/18/2007 | Letter |
| 65 | 05/18/2007 | Statement of Undisputed Fact |
| 67 | 05/18/2007 | Notice of Motion of Defendant Robert Moroe (A) To Dismiss the Claims Against him Pursuant to Bankruptcy Rule 7012 and Rule 12(b)1, (B) For Relief from Order Pursuant to Bankruptcy Rule 9024 and Rule 60(b)(4), and (C) To Modify Order Pursuant To Bankruptcy Rule 7065 and Rule 65. |
| 68 | 05/18/2007 | Memorandum of Law of Defendant Robert Moore (A) To Dismiss the Claims Against him Pursuant to Bankruptcy Rule 7012 and Rule 12(b)1, (B) For Relief from Order Pursuant to Bankruptcy Rule 9024 and Rule 60(b)(4), and (C) To Modify Order Pursuant To Bankruptcy Rule 7065 and Rule 65. |
| 69 | 05/18/2007 | Declaration of JJB in Support of Motion of Defendant Robert Moore (A) To Dismiss the Claims Against him Pursuant to Bankruptcy Rule 7012 and Rule 12(b)1, (B) For Relief from Order Pursuant to Bankruptcy Rule 9024 and Rule 60(b)(4), and (C) To Modify Order Pursuant To Bankruptcy Rule 7065 and Rule 65. |
| 70 | 05/22/2007 | Objection of Defendant Robert Moore To Application For (I) Civil Contempt Order, (II) Shortened Notice and (III) Sanctions and Certain Related Relief |
| 71 | 05/22/2007 | Declaration of Defendant Robert Moore in Support of His Objection to Application For (I) Civil Contempt Order,(II) Shortened Notice and (III) Sanctions and Certain Related Relief |
| 72 | 05/22/2007 | Declaration of JJB in Support of Robert Moore's Objection to Application for (I) Civil Contempt Order, (II) Shortened Notice, and (III) Sanctions and Certain Related Relief |
| 73 | 05/22/2007 | Opposition of Stephen K. Radusch in Response to Fund LLC's Application for Civil Contempt |

| | | |
|---|---|---|
| 74 | 05/22/2007 | Affidavit of Stephen K. Radusch in Response to Fund LLC's Application for Civil Contempt |
| 76 | 05/22/2007 | Reply in Support of Contempt Relief Against Moore and Preliminary Response to Moore's Motion to Dismiss for Lack of Subject Matter Jurisdiction |
| 78 | 05/25/2007 | Chadmoore's Answer and Cross-Claim against Robert Moore and Stephen Radusch |
| 80 | 05/30/2007 | Robert Moore's Amended Answer and Jury Demand |
| 81 | 05/30/2007 | Contempt Order |
| 83 | 06/01/2007 | Chadmoore's Amended Answer and Cross-Claims Against Robert Moore and Stephen Radusch |
| 86 | 06/05/2007 | Moore's Amended Third- Party Complaint |
| 89 | 06/07/2007 | Motion to Extend Time |
| 90 | 06/07/2007 | Declaration of J. Joseph Bainton |
| 91 | 06/08/2007 | Order granting an Enlargement of Time |
| 92 | 06/13/2007 | Notice of Motion For Partial Summary Judgment Against ROBERT MOORE |
| 93 | 06/13/2007 | Memorandum of Law In Support Of IBF FUND LLC's Motion For Partial Summary Judgment Against ROBERT MOORE |
| 94 | 06/13/2007 | Statement of Undisputed Fact |
| 96 | 06/13/2007 | Affidavit of Robert Moore in Suport of Sumary Judgment Motion |
| 97 | 06/13/2007 | Declaration of J. Joseph Bainton |
| 98 | 06/13/2007 | Memorandum of Law In Support of Motion of Defendant ROBERT MOORE for Summary Judgment On All of Plaintiff's Claims Pursuant To Bankruptcy Rule 7056 and Rule 56 |
| 101 | 06/21/2007 | Answer of Stephen RADUSCH to CHADMOORE |
| 103 | 06/21/2007 | Robert Moore's Answer to Cross-claim of Stephen Radusch |
| 104 | 06/21/2007 | Robert Moore's Answer to Cross-claim of Chadmoore |
| 106 | 06/22/2007 | Order Extending Time to Answer or Otherwise Plead |
| 107 | 06/25/2007 | Chadmoore Notice of Motion (against Robert Moore and Stephen Radusch) |
| 108 | 06/25/2007 | Chadmoore's Memorandum of Law for Summary Judgment against Robert Moore and Stephen Radusch |
| 109 | 06/25/2007 | Chadmoore's Statement of Undisputed Facts (Robert Moore and Stephen Radusch) |
| 110 | 06/25/2007 | Chadmoore Notice of Motion (against IBF) |
| 111 | 06/25/2007 | Chadmoore's Memorandum of Law for Summary Judgment against IBF FUND |
| 112 | 06/25/2007 | Chadmoore's Statement of Undisputed Facts (IBF) |
| 113 | 06/20/2007 | Transcript |
| 114 | 06/14/2007 | Statement |

| | | |
|---|---|---|
| 115 | 06/14/2007 | Statement |
| 116 | 06/28/2007 | Motion of Defendant Moore to Alter or Amend Order |
| 119 | 07/02/2007 | Statement of Disputed Material Facts in Response to IBF |
| 120 | 07/02/2007 | Opposition Brief of Defendant Moore in Response to Plaintiff IBF Fund LLC's Motion for Partial Summary Judgment |
| 121 | 07/02/2007 | Declaration of J. Joseph Bainton |
| 125 | 07/03/2007 | Counter Statement of Stephen Radusch in Response to IBF FUND LLC's Statement Pursuant to Local Bankruptcy Rule 7056-1 |
| 126 | 07/03/2007 | Statement of No Position by Defendant Stephen Radusch in Response to Fund LLC's Motion for Partial Summary Judgment |
| 127 | 07/03/2007 | Affidavit |
| 129 | 07/03/2007 | IBF FUND LLC's Memorandum of Law in Opposition to MOORE's Motion for Summary Judgment and in Support of Cross Motion for Summary Judgment |
| 130 | 07/03/2007 | IBF FUND LLC's Counterstatement of Undisputed Fact (ROBERT MOORE) |
| 132 | 07/03/2007 | IBF FUND LLC's Memorandum of Law in Opposition to CHADMOORE's Motion for Summary Judgment and In Support of its Cross-Motion for Summary Judgment |
| 133 | 07/03/2007 | IBF FUND LLC's Counterstatement of Undisputed Fact (CHADMOORE) |
| 134 | 07/03/2007 | Memorandum of Law of ROBERT MOORE in Opposition to Motion for Summary Judgment of CHADMOORE |
| 135 | 07/03/2007 | Declaration of J. Joseph Bainton in Opposition to Motion for Summary Judgment of CHADMOORE |
| 136 | 07/03/2007 | Counterstatement of Undisputed Fact in Response to CHADMOORE |
| 139 | 07/13/2007 | IBF FUND LLC's Memorandum of Law in Opposition to MOORE's Motion to Alter or Amend Contempt Order |
| 141 | 07/16/2007 | CHADMOORE's Memorandum of Law in Reply to ROBERT MOORE's Objection to CHADMOORE's Application for Summary Judgment |
| 142 | 07/16/2007 | CHADMOORE's Memorandum of Law in Support of it's Motion for Summary Judgment against IBF FUND LLC's Cross-Motion for Summary Judgment against Chadmoore |
| 143 | 07/16/2007 | Reply Memorandum of Law in Further Support of IBF FUND LLC's Motion for Summary Judgment against Defendant ROBERT MOORE |
| 144 | 07/16/2007 | Memorandum of Law of STEPHEN RADUSCH in Opposition to CHADMOORE's Motion for Summary Judgment on Cross-claims |
| 145 | 07/16/2007 | Counterstatement of Stephen Radusch in Response to CHADMOORE Statement Pursuant to 7056-1 |

| | | |
|---|---|---|
| 146 | 07/16/2007 | Counterstatement of Undisputed Fact by Defendant ROBERT MOORE |
| 147 | 07/16/2007 | Memorandum of Law of ROBERT MOORE in Opposition to IBF FUND LLC's Cross-Motion for Summary Judgment and Reply Memorandum of Law in Support of His Motion for Summary Judgment |
| 153 | 07/17/2007 | Reply in Support of Defendant ROBERT MOORE's Motion to Alter or Amend Order |
| 155 | 07/19/2007 | Order Denying Motion to Alter or Amend Contempt Order |
| 156 | 07/19/2007 | IBF Reply Memorandum of Law in Further Support of Its Cross-Motion for Summary Judgment against Defendant ROBERT MOORE |
| 157 | 07/19/2007 | IBF Reply Memorandum of Law in Further Support of Its Cross-Motion for Summary Judgment against Defendant CHADMOORE |
| 160 | 07/23/2007 | CHADMOORE's Reply Memorandum in Further Support of It's Motion for Summary Judgment against STEPHEN RADUSCH |
| 163 | 08/22/2007 | Notice of Hearing and Motion For Order Authorizing And Approving Compromise With CHADMOORE |
| 166 | 09/05/2007 | Notice of Hearing Regarding Motion for Order Authorizing And Approving Compromise with RADUSCH |
| 168 | 09/11/2007 | Statement In Further Support Of Request For An Order Adjudging MOORE In Contempt And Imposing Sanctions |
| 170 | 09/12/2007 | Declaration of ROBERT MOORE in Opposition to Statement of IBF FUND in Support of Request for an Order of Contempt and the Imposition of Sanctions |
| 172 | 09/18/2007 | Further Contempt Order |
| 173 | 09/18/2007 | Order Authorizing and Approving Compromise With CHADMOORE |
| 174 | 09/28/2007 | Letter |
| 176 | 09/28/2007 | Response of BAINTON MCCARTHY LLC to Paragraph 6 of this Court's "Further Contempt Order" dated September 18, 2007 |
| 177 | 09/28/2007 | Response of MICHELMAN & ROBNISON LLP to Further Contempt Order dated September 18, 2007 |
| 178 | 09/28/2007 | Declaration of Sanford Michelman in Support of Response of Michelman & Robinson LLP |
| 179 | 09/28/2007 | Declaration of ROBERT MOORE in Support of Response of Michelman & Robinson LLP |
| 181 | 10/02/2007 | Order Authorizing and Approving Compromise with RADUSCH |
| 182 | 10/02/2007 | Third Contempt Order |

| | | |
|---|---|---|
| 183 | 10/03/2007 | Order Granting Fees and Costs to IBF FUND in Connection with IBF FUND Preparation and Prosecution of Application for an Order to Show Cause Why MOORE Should Not Be Adjudged in Civil Contempt |
| 184 | 10/03/2007 | Memorandum Decision Determining Motions and Cross Motions for Summary Judgment |
| 185 | 10/09/2007 | Judgment |
| 186 | 10/09/2007 | Order Granting Final Judgment |
| 187 | 10/09/2007 | Amended Order Granting Final Judgment |
| 188 | 10/09/2007 | Final Judgment |
| 189 | 10/16/2007 | Moore's Notice of Appeal of Doc. No.: 185 |
| 190 | 10/16/2007 | Moore's Notice of Appeal of Doc. No.: 188 |
| 191 | 10/18/2007 | Judgment |
| 192 | 10/19/2007 | Cross Appeal of IBF |
| 193 | 10/22/2007 | Moore's Notice of Appeal of Doc. No.: 191 |

## II.    STATEMENT OF THE ISSUES TO BE PRESENTED

1. Whether the Bankruptcy Court erred by failing to determine Moore's Motion challenging its subject matter jurisdiction before considering the competing motions for summary judgment.

2. Whether the Bankruptcy Court erred in holding that it has jurisdiction over the subject matter of this action.

3. Whether the Bankruptcy Court erred in holding that Moore can be liable to Fund LLC for signing a document that Fund LLC knew was unenforceable.

4. Whether the Bankruptcy Court erred by denying Moore any pre-trial discovery.

5. Whether the Bankruptcy Court erred, and abused its discretion in not allowing the Third Party Claim of indemnification to proceed.

6. Whether the Bankruptcy Court erred in finding Moore in contempt when the findings were based upon speculation of counsel, not admissible evidence.

7. Whether the Bankruptcy Court erred, abused its discretion, and violated Rule 1 of the Federal Rules of Civil Procedure, by permitting so much satellite litigation while preventing an early and efficient trial on the merits.

8. Whether the Bankruptcy Court erred in entering a Preliminary Injunction that was in all practical effect an Order of Attachment.

Dated: November 14, 2007

           Respectfully submitted,

           By: ___/s/ *J. Joseph Bainton*_____
                J. Joseph Bainton (JB-5934)
           BAINTON McCARTHY LLC
           26 Broadway, Suite 2400
           New York, New York 10004-1840
           Tel:   (212) 480-3500
           Fax:  (212) 480-9557
           *Attorneys for Defendant/Appellant*
           *Robert Moore*