# KAYE SCHOLER LLP



Aaron Rubinstein
212 836-8412
Fax 212 836-6482
arubinstein@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

December 4, 2007



**Via Hand Delivery**

The Honorable Deborah A. Batts
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007-1312

The Honorable William H. Pauley
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007-1312

> Re:   *Interbank Funding Corp. et al. v. IBF Fund Liquidating LLC,*
>       Case No. 1:07-CV-10665 (DAB)(ECF)
>
>       *Interbank Funding Corp. et al. v. IBF Fund Liquidating LLC,*
>       Case No. 1:07-CV-10692 (WHP)(ECF)
>
>       *Interbank Funding Corp. et al. v. IBF Fund Liquidating LLC,*
>       Case No. 1:07-CV-10693 (WHP)(ECF)

Dear Judges Batts and Pauley:

This firms represents appellee and cross-appellant IBF Fund Liquidating LLC ("Fund LLC") in the above-referenced appeals of three judgments from Adversary Proceeding No. 07-01482, pending before the Honorable Burton R. Lifland in the United States Bankruptcy Court for the Southern District of New York. We write in support of the request made in the letter dated November 30, 2007 from Appellant Moore's counsel regarding consolidation of the three above-referenced appeals, as well as to present to the Court a proposed briefing schedule to which the parties have agreed subject to Court approval.

Specifically, this matter presents an appeal of a $1.8 million judgment entered by the Bankruptcy Court in the Adversary Proceeding, which has been assigned to Judge Pauley (Case No. 07-10692). The other two judgments on appeal are collateral to that $1.8 million judgment, one being a judgment for approximately $34,680.70, which has also been assigned to Judge Pauley (Case No. 10693), and the second being a $7,000 judgment, which has been

31573882.DOC

**MEMO ENDORSED**

MEMO ENDORSED

KAYE SCHOLER LLP

2                                                                December 4, 2007

assigned to Judge Batts (Case No. 07-10665). Accordingly, we agree with the statements by
Appellant Moore's counsel that the three appeals are "'related cases' in every sense of that
term[,]" and that judicial economy will best be served and unnecessary duplication avoided if no
one of these matters was assigned to a single district judge but, rather, all three matters
consolidated before a single district judge.

With respect to the briefing schedule, prior to the record in the Adversary
Proceeding being transmitted from the Bankruptcy Court to this Court, the parties agreed, to a
briefing schedule that provided the parties with some additional time to that which is provided
for under Federal Rule of Bankruptcy Procedure 8009. We respectfully submit the following
briefing schedule for review and the Court's ultimate approval.


*granted DAB 1/9/08*

- January 2, 2008 – Initial Brief of Appellant Moore;

- February 1, 2008 – Response/Cross-Appeal Brief of
  Appellee/Cross Appellant Fund LLC;

- February 15, 2008 – Reply Brief of Appellant Moore; and

- February 29, 2008, Reply Brief of Appellee/Cross-Appellant
  Fund LLC concerning cross-appeal.[1]

Respectfully submitted,

*Aaron Rubinstein*

Aaron Rubinstein

cc:     Arthur Steinberg, ICA Trustee
        J. Joseph Bainton, Esq. (via e-mail)

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS  1/9/08
UNITED STATES DISTRICT JUDGE

---

[1]     Should Appellant Moore succeed on a motion to dismiss Fund LLC's cross-appeal, as he has
suggested he may be filing, than this round of briefing will not be necessary.

31573882.DOC

MEMO ENDORSED